# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00752-CV

**In re James Barrentine and Patricia Barrentine**

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Filed:   November 27, 2013